222 F.2d 956
 Manuel Richard SANCHEZ
v.
UNITED STATES of America.
 No. 5109.
 United States Court of Appeals Tenth Circuit.
 April 12, 1955.
 
 Appeal from the United States District Court for the District of Colorado.
 Francis P. O'Neill, Denver, Colo., for appellant.
 Donald E. Kelley, U. S. Atty., and James W. Heyer, Asst. U. S. Atty., Denver, Colo., for appellee.
 Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed for failure of appellant diligently to prosecute.